UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>MARC ALLYN KWASEK,<br><br>        Defendant. | 2:04-cr-242-RLH-RJJ |

### ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#11) on October 28, 2004. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution was not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) in the amount(s) listed below:

Name of Payee:  UPS
Amount of Restitution: $36,284.22

Name of Payee:  DHL/AIBORNE EXPRESS
Amount of Restitution: $4,890.00

Name of Payee:  GE CAPITAL BANK
Amount of Restitution: $731.10

Name of Payee:  FACS GROUP FEDERATED STORES
Amount of Restitution: $1,752.72

Name of Payee: CHASE USA JP MORGAN
Amount of Restitution: $9,311.16

Name of Payee: HSBC BANK
Amount of Restitution: $4,693.85

Name of Payee: AMERICAN EXPRESS
Amount of Restitution: $17,780.19

Name of Payee: CITIBANK
Amount of Restitution: $3,437.84

Total Amount of Restitution Ordered: $78,881.08

Dated this __8__ day of August, 2016.

_____
UNITED STATES DISTRICT JUDGE